Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

*United States Courts*
*Southern District of Texas*
*FILED*

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

**JUN 05 2019**

_____ Division

*David J. Bradley, Clerk of Court*

|  |  |  |
|---|---|---|
| Joshua Twohig | ) | Case No. _____ |
| _____ | ) | *(to be filled in by the Clerk's Office)* |
| Plaintiff(s) | ) |  |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |  |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |  |
| *please write "see attached" in the space and attach an additional* | ) |  |
| *page with the full list of names.)* | ) |  |
| -v- | ) |  |
|  | ) |  |
|  | ) |  |
| The State of Texas  "See attached" | ) |  |
| _____ | ) |  |
| Defendant(s) | ) |  |
| *(Write the full name of each defendant who is being sued.  If the* | ) |  |
| *names of all the defendants cannot fit in the space above, please* | ) |  |
| *write "see attached" in the space and attach an additional page* | ) |  |
| *with the full list of names.  Do not include addresses here.)* | ) |  |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                              Joshua  Twohig

All other names by which
you have been known:                      Joshua  Anthony  Towhig

ID Number                        SPN  02590580,  TDCJ# 02737193

Current Institution              Harris  County  Sheriff's Office  Jail

Address                             1200 Baker  St

Houston _____ Texas _____ 77002
        City               State       Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (*if known*) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                              The State  of  Texas

Job or Title (*if known*)

Shield Number

Employer

Address                          1100 Congress Ave

Austin _____ Texas _____ 78701
        City               State       Zip Code

[X] Individual capacity   [X] Official capacity

Defendant No. 2

Name                              Texas Department of Criminal Justice, A.K.A. Texas- Correctional Industries

~~Job or Title (*if known*)~~

Shield Number

Employer

Address                          P.O. Box  4013

Huntsville _____ Texas _____ 77342-
        City               State       Zip Code

[X] Individual capacity   [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

    Name                       *Harris County, Texas*

    Job or Title *(if known)*

    Shield Number

    Employer                *C/o Marilyn Burgess Harris county District Clerk.*

    Address                  *201 Carolina, Houston,*

                               *Houston*      *Texas*

                               City         State        Zip Code

           [X] Individual capacity   [X] Official capacity

Defendant No. 4

    Name                       *Texas Department of Law enforcement, including The federal-Bureau of Invetigations*

    ~~Job or Title *(if known)*~~

    Shield Number

    Employer

    Address                  *(unknown), 1 Justice Park drive*

                               *Houston*      *Texas*  *7*

                             City         State        Zip Code

           [X] Individual capacity   [X] Official capacity

*(See Attached)*

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    [✓] Federal officials (a *Bivens* claim)

    [✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    *See attached*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    *See attached*

And Section I Defendant(s)
Attached

Joshua Twohig
vs
The State of Texas

Cause No. _____

## Defendant No 5

Name          Harris County Constables office (Two unknown officers)

Shield Number  unknown Number

Employer       Harris County, Texas / Constable's office

address        (unknown) 102 SAN JACINTO, Houston, Texas 77002

[x] INdividual Capacity   [x] Official Capacity

## Defendant No. 6

Name           Harris County SHERIFF'S OFFICE JAIL (seven unknown officers)

Shield Number  1 ;(unKnown), (unknown), (unknown); (unknown), (unknown), (145306)

Employer       Harris County, Texas / SHERIFF'S Department

address        1200 Baker St. Houston, Texas 77002 / 701 N. San Jacinto Houston-

Texas 77002

[x] INdividual Capacity   [x] Official capacity

Joshua Twohig
vs
The State of Texas                              Cause No: _____

**Claim # 1** (No.)

• The State of Texas - Has brought frivolous and malicious charges against Plaintive.

Has denied freedom of Speech.

failed in it's Judicial process to protect plaintive from unjust injury.

Created a hostile enviorment.

Provided inaffective assistance of Counsel.

failed to protect plaintives Status as economiclly disadvantaged Minority.

faild to provide a communication portial that has access to the World Wide Web; for the incarcerated

**Claim # 2** (No.)

• Texas Department of Criminal Justice. Also known as Texas Correctional Industries. - failed to establish a wage; to federal equal minimum wage; and provide an Occupational Safety Health Administration approved Working Conditions, (To forced Labor Workers)

Plaintive Was Subjected to unhumaine living conditions.

Plaintive Was Subjected to cruel and unusuall punishment I. E. Physical abuse - adminstered from Detention officers and Prison Officers.

Denied my freedom of religion and right to practice

Used illegal Search and Seizure of Plaintives legal and personal Papers.

Medical Malpractice thru U.T.M.B. the States Health provider

Complaint for violation of civil rights

Attached: Section II (a)(b)(c) Brief for Justice Page 2 of 3

Joshua Twohig
Vs
The State of Texas

Cause No _____

CLAIM #3

• Harris County, Texas – Due to process of incarceration denied plaintives access to registered Polling location to Vote in elections.

Violated plaintives freedom of speech.

Violated plaintives due process by Means of Indictment.

Denied plaintive a fair and reasonable bond.

Denied Plaintives right to a fair and speedy trial

Subjected to unhumaine living conditions.

Subjected plaintive to cruel and unusuall Punishment I.E. Physical abuse administered by detention, and Sherrif officers, and Health care officels.

Denied My request to view My individual health records

Denied My freedom of religion and right to practice in its County Jails by Not Providing Sanctuary or religious Items

Sequestered plaintive from court proceedings and denied access to courts and court Personell.

failed to establish communication portails for "Americans with Disabilitys act" I.E. Voice over Internet Protocall.

CLAIM #4

• Texas Department of Law inforcement, including: The federal Bureau of Investigations.

Subjected Plaintive to discrimination, Physical and mental abuse.

Violated My individual Privacy by illegal Search and Seizure of Plaintives Social Media accounts.

Complaint for violation of civil rights

Attack

Joshua Twohig

vs

The State of Texas                                    Cause No _____

Denied Plaintive's request to review personal Medical and Mental health records.

failed in it's grievance remidies to protect Plaintive from pre-judice, discrimination, and unjust injury.

Used illegal Search and Sezure at time of arrest.

failed to inform Plantive of his rights.

failed in request to investigat The Texas Prison and Jails Standards Commission.

CLAIM #5 | Harris County Constabels officer shuild(s) unknown illegally search and Seized items listed in petition, in Violation of 4th Amendment

Claim # 6 | Harris County SHERIFF's Office JAIL.

for multipul years plaintive has been subjected to inhumaine living conditions.

Numerous officer on inmate assaults resulting in hospitalization and Major injuries included in Section V.

forced into isolation as punishment in a Teburculoses exsposure cell; with out previous exposure.

Has denied my access numerous times to district; state; and federal Courts; Court Personell, and Clerks of Court,

Subjected Plaintive to cruel and unusual punishment.

Office of Inspector General has failed returning a Satisfactory resolution

Nor have they granted full access to law library or Paralegals.

Section VI. Relief

Cause No. _____

Joshua Twing
VI
The State of Texas

• Supeona/Order medical and mental health records from. U.T.M.B;
Bentaubs, The Harris center, M.H.M.R.A.; The Harris county Jail; Soscial Security
Administration as Evidence in discovery Material

• Supeona/order All records pertaining to Grievances from The Harris county
Sheriffs departmet/Office of Inspector General; Texas Department of Corrections.

• Order Video surveilance footage as evidence from facilitys.

• order Discovery

• Order/Supeona County and State facilitys to provide online portial to
access Harris County District clerks centeral filing system and The U.s.
district filing system at Pacer.Gov

• Order a protection order barring detention officers from use of
Gags or mecanical restraints that cause injury.

• Order/supeona all documents and footage which involved
use of fvce against Plaintive

• appropriate/Order an independent medical examiner
to interview Plaintive and review facilitys documents, for purpose
of experet Witness

• Order all booking photos and reports from Harris County Jail; Houston
City Jail; Texas Department of Criminal Justice, T.D.C.J.

• Order Harris County Sheriff to allow plaintive a minimum
20 hours a Week. unrestricted access to it's facilitys Law library
and Para legal.

• Order an independent review of Jail and Prison conditions

• Order O.S.H.A workers complaint audits

Complaint for violation of civil Rights

Page 2 of 2

Attached.

Cause No _____

Section VI. Relief.

Joshua Twohig
vs The State of Texas

• Order on established wage for inmates and prisoners
to pay ~~Jail~~ debts, child support, and fees; (equal to federal minimum wage)

• Amend the 13th Amendment.

• (See Attached Petition Alleging: [OTHER CIVIL REQUEST FOR
CITATION])

Complaint for violation of Civil Rights

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Defendant # 1 has inacted statutes or ordinances. Defendant #2 has use superior jurisdiction as an tool for civil oppression. Defendant #3 has inacted statutes or ordinances. Defendant #4 has superceded it's jurisdiction and failed address complaints and to protect Civil rights of Plaintive. Defendant #5 violated the 4th and 5th constitutional Amendments when illegally searching and seizing property. Defendant #6 violated constitutional Amendments, by illegal seizure and cruel and unusual punishment by Force

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows (*check all that apply*):

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [X] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other (*explain*)

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Plaintive was arrested in begining of September, 2018 in Houston, Texas by The Harris County Constable office. Plaintive was also arrested November 22nd, 2011, and May 5th, 2015, in Harris County district.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

Between The years of 2011-2019. institutions include: Harris county Jail, Harris county Jail Annex, Garza West TDCJ, O.L. Luther unit TDCJ, EastHam unit TDCJ, Wynne unit TDCJ., The Walls unit TDCJ Houston city Jail. Estell unit TDCJ, Byrd unit TDCJ, Holiday unit TDCJ, 4TMB, John Reily TDCJ

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.  What date and approximate time did the events giving rise to your claim(s) occur?

The dates very due to the length of incarceration, last known Major Grievance february 2nd 2019. Length of incarceration in Jail 11/22/2011 – 9/17/14; 5/5/2015 – 12/24/2015 TDCJ incarceration 12/25/2015 – 07/27/2017  Jail incarceration 2/14/2018 – Present.

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Most of my complaints have been addressed to the office of Inspector General. They have failed to respond to my request for documentation. The Harris County Sheriff's internal affairs devision is on Notice as well as Houston Police Department. The State bar of Texas has recieved a Complaint from Plaintive. State commission on Judicial Misconduct is on notice. These facts are additional to the underlying Claims in Attached Section II (a)(b)(c)

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Fractured orbital socket, split lip, abdominal swelling, cut heel, cut wrist, concussion, chiped teeth, bruised eye, swollen testicals, deveated septum, T.B. Exsposure, Broken femer, lacerations, fractured Nose, P.T.S.D.

Various Treatments were unsatisfactory and contrary to health. facilityes include The Harris Center; Ben Taub medical Emergency, Mental Health and mental Retardation Authority. Houston Fire and EMS services.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. • I request a bench hearing.

• I request court to appropreate funds to appoint a Private investigator to collect evidence for a Jury Trial.

• I request the court appropreate $250,000.⁰⁰ for legal fees and exspences; in hiring a Trial lawyer

• I request $1,000,000.⁰⁰ in damages from injury and, loss of life and liberty (see Attached.)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Harris county Jail; Houston city Jail, Garza West TDC, C.L. Luther unit TDC, East Ham unit TDC, Wynne unit TDC; The Walls unit TDC, Harris county Jail Annex, Estell unit TDC, Byrd unit TDC, Hoolday unit TDC. U.T.M.B University of Texas Medical Branch, medical unit John Cely TDC.

B.     Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☑ No

☐ Do not know

C.     Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Official oppression by officers. Cruel and unusual punishment.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

listed in section  IV (B)

2.    What did you claim in your grievance?

Listed in Section  II (A)(B)(C)

3.    What was the result, if any?

N/A

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Petition for Remedy

F.   If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Dr. Beckham. I reported abuse. Her Respose was "she did not believe I was abused."

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Due to theft from prisoners and facility staff. I have been unable to keep legal documents on my person. That's why I've requested the orders

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

[X] Yes

[ ] No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Civil Action No. H-18-4194   USDC

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
    Yes

IX.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _May 23rd, 2019_

Signature of Plaintiff  _Josh Twohig_

Printed Name of Plaintiff  _Joshua Twohig_

Prison Identification #  _sp# 0259 0580    TDC# 02737193_

Prison Address  _1200 Baker St_

_Houston_                    _Texas_       _77002_
City                         State          Zip Code

B.    **For Attorneys**

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Address  _____

_____
City          State          Zip Code

Telephone Number  _____

E-mail Address  _____

# Disciplinary Committee
## HEARING AND DETERMINATION REPORT
### Case#   2019-25950

**Committee Copy**

| Inmates Name (Last, First , Middle) | SPN# | Date of Report | Date of Hearing |
|---|---|---|---|
| **TWOHIG**   JOSHUA ANTHONY | **2590580** | **5/14/2019** | **5/21/2019** |

Synopsis of Inmate Statement (As recorded by a Disciplinary Committee Member)

DO Rhem 132534-has advised us of your refusal to appear in Disciplinary Court. Due to your refusal to  participate in the Disciplinary Court proceedings your Due Process hearing was held in absentia by the Disciplinary Committee.

Hearing determination based upon statements and/or report.

**Evidence Factor(s)**

| OFFENSE | Inmate Plea | Committee Finding |
|---|---|---|
| **1105 FIGHTING** | **NG** | **G** |

| Incident Type: | Sanction: |
|---|---|
| **Major** | **15 days loss of visitation and commissary privileges** |

**_Additional Information_**

Sanctions for this offense will run:     Consecutive - Day for day

**15 total days to serve for this case**

You have the right to appeal this Disciplinary Sanction. See the attachment for an explanation of the ranges of sanctions and notice of appeal.

Note- Disciplinary Separation time is accompanied by Loss of Commissary and/or Visitation Privileges for the specified period.

| Disciplinary Committee Member | Senior Hearing Officer |
|---|---|
| **Detention Officer** | **Sergeant** |
| **J. Calacat** | **L. Warburton** |